**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>WANSDOWN PROPERTIES CORPORATION, N.V.,<br><br>     Debtor. | Chapter 11<br><br>Case No. 19-13223-smb |
| WANSDOWN PROPERTIES CORPORATION, N.V.,<br><br>     Plaintiff,<br><br> - against -<br>AZADEH NASSER AZARI,<br><br>     Defendant. | Adv. Pro. No. 19-1450-smb<br><br>**STIPULATION AND ORDER EXTENDING**<br>**TIME TO RESPOND TO COMPLAINT** |

It is hereby stipulated and agreed by and between the undersigned counsel for the parties to this adversary proceeding that the above-named Defendant's time to answer or move with respect to the Amended Adversary Complaint is hereby extended through February 11, 2020.

Dated: January 8, 2020

| BLANK ROME LLP | BEYS LISTON & MOBARGHA LLP |
|---|---|
| /s/<br>Ira L. Herman<br>1271 Avenue of the Americas<br>New York, New York 10020<br>(212) 885-5000<br>iherman@blankrome.com<br>*Attorneys for Plaintiff Wansdown Properties Corporation, N.V.* | /s/<br>Nader Mobargha<br>Michael P. Beys<br>641 Lexington Avenue, 14th Floor<br>New York, New York 10022<br>(646) 755-3603<br>nmobargha@blmllp.com<br>mbeys@blmllp.com<br>*Attorneys for Defendant Azadeh Nasser Azari* |

So ordered this January **9th, 2020**

**/s/ STUART M. BERNSTEIN**
Honorable Stuart M. Bernstein
United States Bankruptcy Judge