**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x

In re:                                                            Chapter 11

WANSDOWN PROPERTIES CORPORATION N.V.,    Case No.: 19-13223 (SMB)

        Debtor.

-----------------------------------------------------------------------
WANSDOWN PROPERTIES CORPORATION N.V.,

    Plaintiff

          v.                                        Adv. Pro. No. 19-1450 (SMB)

AZADEH NASSER AZARI,

    Defendant.

------------------------------------------------------------------------ x

## STIPULATION OF DISMISSAL OF THE FIRST AND
## SECOND CAUSES OF ACTION

      IT IS HEREBY STIPULATED AND AGREED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), the First Cause of Action (Avoidance of Fraudulent Conveyance Under 11 U.S.C. §§ 544(b) and N.Y. Debt. & Cred. Law § 273, 278 and/or 279) and the Second Cause of Action (Avoidance of Fraudulent Conveyance Under 11 U.S.C. §§ 544(b) and N.Y. Debt. & Cred. Law § 273, 278 and/or 279) in the Second Amended Complaint, dated and filed on May 20, 2020 in above-referenced adversary proceeding (Dkt. No. 13) are dismissed without costs to any party.

      IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts, electronically, and that facsimile or PDF signatures shall be deemed to be originals.

Dated: May 19, 2021

| | |
|---|---|
| **BLANK ROME LLP** | **BEYS LISTON & MOBARGHA LLP** |
| By:   */s/ Ira L. Herman* <br>     Ira L. Herman <br>     Martin S. Krezalek <br>     Evan J. Zucker <br> 1271 Avenue of the Americas <br> New York, NY 10020 <br> Tel: 212-885-5000 <br> iherman@blankrome.com <br> mkrezalek@blankrome.com <br> ezucker@blankroime.com <br><br> *Special Litigation Counsel for Plaintiff* | By:  */s/ Nader Mobargha* <br>     Nader Mobargha <br>     Michael P. Beys <br> 641 Lexington Avenue, 14th Floor <br> New York, New York 10022 <br> Tel: (646) 755-3603 <br> nmobargha@blmllp.com <br> mbeys@blmllp.com <br><br> *Attorneys for Defendant Azadeh Nasser Azari* |